UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:22-CV-74-DJH

ANTHONY FREEMAN                                                                PLAINTIFF

VS.                                      **MOTION**

SHERIFF RUSSELL MCCOY                                                        DEFENDANTS

and

UNKNOWN EMPLOYEES OF THE LARUE COUNTY
SHERIFF'S DEPARTMENT

* * * * * * * * * * * *

Comes the Defendant, SHERIFF RUSSELL MCCOY, by counsel, and pursuant to FRCP 12 moves this Court to dismiss the Complaint of Plaintiff. In support of said Motion, Defendant, SHERIFF RUSSELL MCCOY, simultaneously files a Memorandum of Law and proposed Order.

/s/ R. Keith Bond
R. KEITH BOND
COLEMAN LOCHMILLER & BOND
P.O. BOX 1177
ELIZABETHTOWN, KY  42702-1177
(270) 737-0600
ATTORNEY FOR SHERIFF RUSSELL MCCOY

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 25, 2022, I electronically filed the foregoing with the Clerk of the Court by using the ECF document filing system of the Western District of Kentucky, which will provide electronic service to the following:

Teddy Gordon
616 South Fifth Street
Louisville, KY 40202

                                    */s/ R. Keith Bond*_____
                                    R. KEITH BOND