UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Civil Action No. 3:22-CV-00074-DJH

ANTHONY FREEMAN                                                                                           **PLAINTIFF**

**VS.**

Sheriff Russell McCoy
Larue County Sheriff's Department

Unknown Employees of the Larue County Sheriff's Department         **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.6(b), the undersigned, Teddy B. Gordon, counsel for the Plaintiff, ANTHONY FREEMAN, in the above styled action, hereby moves this Honorable Court for leave to withdraw as counsel for the Plaintiff. As grounds for and in support of this Motion, the undersigned states as follows:

1. That no trial or hearing on a motion for judgment or dismissal is presently scheduled in this action.

2. That the undersigned is counsel of record for the Plaintiff, ANTHONY FREEMAN ("Freeman"), in the above styled action.

3. That the undersigned counsel has practiced law in the Commonwealth of Kentucky for over 50 years and is now retiring due to health reasons. Counsel further states that it has been a great honor to have served this community and the Commonwealth of Kentucky and will greatly miss the practice of law.

4. That, good cause exists for the undersigned to withdraw from representing Plaintiff Turner in this action, in light of the foregoing; as withdrawal is permitted under the applicable rules of professional conduct, SCR 3.130 (1.16).

5. That Plaintiff should be given sixty (60) days to obtain new counsel.

6. That in accordance with LR 83.6(b), a copy of this Motion is served upon Plaintiff Freeman, by U.S. Mail, postage prepaid.

**WHEREFORE**, the undersigned moves the Court to grant him leave to withdraw from representing the Plaintiff, ANTHONY FREEMAN, in the above styled action, by entering the proposed Order respectfully tendered herewith.

Respectfully submitted,

*/s/ Teddy B. Gordon*
TEDDY B. GORDON
ATTORNEY AT LAW
616 South Fifth Street
Louisville, Kentucky 40202
(502) 585-3534
tbearaty@aol.com

*Counsel for Plaintiff, Anthony Freeman*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was this 1st day of June 2022, filed with the Clerk of the United States District Court for the Western District of Kentucky via the ECF/CM system, which will electronically serve all counsel of record, and served by U.S. Mail, postage prepaid, upon ANTHONY FREEMAN, 261 Haycraft St., Elizabethtown, KY 42701.

*/s/ Teddy B. Gordon*
TEDDY B. GORDON

*Counsel for Plaintiff, Anthony Freeman*